**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00612-CR

**NYKERION NEALON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75310-R**

## ORDER

Before the Court is appellant's November 29, 2016 motion to file a supplemental brief.

The Court **GRANTS** appellant's motion.

We **DIRECT** the Clerk of the Court to file appellant's supplemental brief tendered as of

the date of this order.

/s/     LANA MYERS
          JUSTICE